UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE M NON,

    Plaintiff,

v.

COMCAST INC., et al.,

    Defendants.

Case No. 14-cv-01845-VC

**ORDER RE SANCTIONS**

Counsel for the plaintiff, Daniel Ray Bacon, is sanctioned for his bad-faith failure to cooperate with counsel for the defendants to ensure that discovery is completed before the discovery cutoff.  Mr. Bacon's bad faith is established by the defendants' submissions in opposition to his motion to extend the discovery cutoff.  Mr. Bacon must reimburse the defendants for costs and fees incurred in litigating this motion to extend the discovery cutoff.

Mr. Bacon must pay the defendants by 5:00 p.m. on Tuesday, June 23, 2015.  If he does not do so, then on Wednesday, June 24, 2015, the defendants shall file a declaration (or declarations) setting forth the costs and fees incurred in opposing this motion.  Mr. Bacon may file a response by Thursday, June 25, 2015.

**IT IS SO ORDERED.**

Dated: June 16, 2015

VINCE CHHABRIA
United States District Judge