1  DANIEL RAY BACON, STATE BAR # 103866
   Law Offices of Daniel Ray Bacon
2  234 Van Ness Avenue
   San Francisco, CA 94102
3  Telephone (415) 864-0907
   Facsimile: (415) 864-0989
4
   ATTORNEY FOR PLAINTIFF
5  JOSE NON

6
                    UNITED STATES DISTRICT COURT
7
            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
                       SAN FRANCISCO DIVISION
9

10
   JOSE NON,                                 )  CASE NO. 14-cv-01845 VC
11                                            )
                 Plaintiff,                   )
12                                            )
           v.                                 )  [PROPOSED] ORDER GRANTING
13                                            )  PLAINTIFF'S REQUEST TO COMPEL
   COMCAST INC, doing business as COMCAST    )  DEFENDANT'S RESPONSE TO
14 CABLE COMMUNICATIONS MANAGEMENT,          )  PLAINTIFF'S REQUEST FOR
   LLC, COMCAST CABLE COMMUNICATIONS         )  PRODUCTION OF DOCUMENTS, SET
15 LLC, COMCAST HOLDINGS CORPORATION,        )  TWO
   and COMCAST CORPORATION a Pennsylvania    )
16 Corporation, COMMUNICATION WORKERS        )  DATE: July ___, 2015
   OF AMERICA, THE AMERICAN                  )
17 FEDERATION OF LABOR-CONGRESS OF           )
   INDUSTRIAL ORGANIZATIONS, CLC,            )  Judge: Hon. Vince Chhabria
18                                            )
                 Defendants.                  )
19                                            )
                                              )
20 _____)

21

22

23

24

25

26

27

28

Before the Court is Plaintiff's Joint Letter to compel Defendant's Response to Plaintiff's Request for Production of Documents, Set Two, Number Two.

Finding the letter well taken, and good cause existing,

The Court hereby **Orders** that the Defendant produce all documents in its possession, custody and control relating to all employee development records concerning all discipline records for all "serious offenses" of Comcast policy from June 1, 2008 through June 7, 2013.

Dated: July 24, 2015

_____
The Honorable Vince Chhabria
United States District Court Judge